UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

OLEG KAM, et al.,

                    Defendants.
-------------------------------------------------X

**MEMORANDUM & ORDER**

10 CR 0875

DEARIE, District Judge.

By letter dated April 22, 2011, counsel for the Office of the Medicaid Inspector General requested that the Court review in camera certain documents responsive to defendant Oleg Kam's subpoena duces tecum issued January 20, 2011, to determine their relevance. At this time, the Court is not in a position to determine the relevance of the materials to defendant's case.

The Court is inclined, however, to grant, without prejudice to any party, the Inspector General's application to protect certain information contained in the documents from disclosure by redaction. Any opposition shall be filed in writing with the Court by May 12, 2011.

SO ORDERED.

Dated: Brooklyn, NY
May _5_, 2011

                                             s/ Judge Raymond J. Dearie

                                             RAYMOND J. DEARIE
                                             United States District Judge