SLR:LDM:CSK
F.#2010R01372

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         BILL OF PARTICULARS

    - against -             CR 10-875
                            (Dearie, J.)
OLEG KAM, et. al.             (Mann, M.J.)


        Defendants.

- - - - - - - - - - - - - - - -X


        The United States of America, by and through

Loretta E. Lynch, United States Attorney for the Eastern District

of New York, Una Dean, William Campos, and Claire S. Kedeshian,

Assistant United States Attorneys, of counsel, hereby files the

following Bill of Particulars for Forfeiture of Property.

        The above-captioned indictment seeks forfeiture of

properties pursuant to Title 18, United States Code, Sections

982(a)(7) and 982(b).

        The United States hereby gives notice that, based

on all the prior proceedings in connection with this action and

in addition to the money judgment and funds in specific accounts

already identified in the indictment, it is seeking forfeiture of

the following properties: All right, title and interest in at

least $32,447.44, plus any and all accrued interest, on deposit

in the Robert M. Moll, Esq. Attorney Escrow Account, held at

*United States v. Kam et. al., CR 10-875 (RJD)*

Citibank, N.A., Acct. No. xxx261, Sub Acct. xxx8990, held in the

name of or for the benefit of the defendant, OLEG KAM, and/or

BEST EQUIPMENT MEDICAL SUPPLY CO., INC.

The United States reserves the right to supplement

or amend this Bill of Particulars.

Dated: Brooklyn, New York
      January 31, 2012             LORETTA E. LYNCH
                             United States Attorney
                             Eastern District of New York
                             271 Cadman Plaza East
                             Brooklyn, New York 11201

                              /s/
                 By: _____
                             Claire S. Kedeshian
                             Assistant U.S. Attorney
                             (718) 254-6051

To: All defense counsel via ECF

*United States v. Kam et. al., CR 10-875 (RJD)*